```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

CAROL DITMER,                    )
                                 )
         Plaintiff               )
                                 )         No. 3:12-0146
v.                               )         Judge Nixon/Brown
                                 )         **Jury Demand**
BELL, LLC,                       )
                                 )
         Defendant               )

### O R D E R

A telephone conference was held with the parties in this matter on September 16, 201. As an initial matter Defendant's counsel advised that Mr. Baron had passed away at the end of July. The **Clerk** should terminate Mr. Baron as an attorney in this matter.

The Magistrate Judge also noted that in the scheduling order (Docket Entry 19) there is an error concerning the deadline for filing dispositive motions. The deadline for filing dispositive motions is **December 16, 2013**.

The parties advised that they have had some initial settlement discussions, but have been unable to resolve the matter so far.

The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at their request at any point.

It is so **ORDERED**.

                                    /s/   Joe B. Brown
                                    JOE B. BROWN
                                    United States Magistrate Judge