IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CAROL DITMER,** | ) | |
| | ) | No. 3:12-cv-00146 |
| **Plaintiff,** | ) | |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| **BELL, LLC,** | ) | JURY DEMAND |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The parties to this action have filed a Joint Stipulation of Dismissal of Civil Action with Prejudice, in which they state the claims in the above-captioned case are dismissed with prejudice. (Doc. No. 31.) The parties further state court costs are to be taxed to Plaintiff Carol Ditmer with each party to bear its own attorney's fees and costs. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is **DISMISSED with prejudice**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this ___31___ day of January, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT